In the Matter of the Claim of SAMUEL JOHNSON, Respondent, against RUBEL CORPORATION, Appellant, and LLOYD'S CASUALTY COMPANY and LLOYD'S INSURANCE COMPANY OF AMERICA and Another. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER FRANICH, Respondent, against NEW YORK TRAP ROCK CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of IRA P. DECKER, Respondent, v. C. W. BROWNELL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CORA VAN DEUSEN, Respondent, against HUEBER BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of HELEN MULRY, Respondent, against JACOB REALTY CORPORATION and Another, Appellants. WILLIAM B. HOWARD, as Receiver, etc., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award. unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JAMES F. KENNY, Respondent, against ARTHUR McMULLEN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of GERTRUDE V. LEE, Appellant, and the Claim of THE COMMISSIONER OF TAXATION AND FINANCE, against CITY OF BATAVIA and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed, and matter remitted to the State Industrial Board for an award, with costs to the claimant against the Board, on the ground that the carrier consented to the settlement of the third party action orally and also in writing. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of EMMA SEYMOUR, Respondent, against ODD FELLOWS HOME and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.